AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

MATTHEW TJELTVEIT,

    Petitioner,   JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:08-cv-00054-LRH-VPC**

E.K. MCDANIEL, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the #8 petition is DISMISSED WITHOUT PREJUDICE. IT IS FURTHER ORDERED that petitioner is DENIED a certificate of appealability.

   April 28, 2009      **LANCE S. WILSON**
                                       Clerk

                            /s/ Kalani Lizares
                            Deputy Clerk